UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED SPINAL ASSOCIATION, a not for profit corporation, THADDEUS JESSIE, ERIC BROWN, JEREMIAH BOYER, NIKKI BOGGESS, GRACE MORRELL, JUAN GARCIA, MILITA DOLAN, individually on behalf of themselves and all other persons similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>HEARTLAND DENTAL, LLC, a Delaware limited liability company,<br><br>            Defendant. | Case No. 15-cv-5570 |

**STIPULATION TO DISMISS**

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiffs United Spinal Association, Jeremiah Boyer, Eric Brown, Nikki Boggess, Thaddeus Jessie, Grace Morrell, Juan Garcia and Milita Dolan and Defendant Heartland Dental, LLC, through their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this matter shall be dismissed without prejudice and the Court shall retain jurisdiction through the completion of all of the parties' obligations under their settlement agreement. Upon completion of the parties' obligations pursuant to the settlement agreement, this dismissal shall convert to one with prejudice, which shall occur no later than three years from the filing date of this stipulation. If Plaintiff does not move to reinstate this matter by June 23, 2018, this dismissal will become a dismissal with prejudice without further order of the Court.

Respectfully submitted,

**UNITED SPINAL ASSOCIATION, THADDEUS JESSIE, ERIC BROWN, JEREMIAH BOYER, NIKKI BOGGESS, GRACE MORRELL, JUAN GARCIA, AND MELITA DOLAN**

By: s/Jennifer M. Sender

Andres J. Gallegos
Jennifer M. Sender
Robbins, Solomon & Patt, Ltd
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Phone: 312.782.9000
agallegos@rsplaw.com
jsender@rsplaw.com


**HEARTLAND DENTAL, LLC**

By: s/Zachary C. Jackson

Julie Badel
Zachary C. Jackson
EPSTEIN BECKER & GREEN, P.C.
150 N. Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Phone: 312.499.1400
jbadel@ebglaw.com
zjackson@ebglaw.com


## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on December 30, 2015, she caused the foregoing to be filed with the Court via the ECF system, which served a copy on all counsel of record.

s/Jennifer M. Sender